1  DAVID M. JOLLEY (SBN 191164)
   Email: djolley@donahue.com
2  DONAHUE FITZGERALD LLP
3  1999 Harrison Street, 26th Floor
   Oakland, California 94612-3520
4  Telephone: (510) 451-3300
   Facsimile:  (510) 451-1527
5

6  Attorneys for Defendant
   TOOTSIE ROLL INDUSTRIES, LLC
7

8
                    **UNITED STATES DISTRICT COURT**
9
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 | ELIZABETH MAISEL, individually and on behalf of all others similarly situated, | Civil Case No.:
13 |
14 |     Plaintiff,                                                                 | **DECLARATION OF BARRY P. BOWEN IN SUPPORT OF DEFENDANT TOOTSIE ROLL INDUSTRIES, LLC'S NOTICE OF REMOVAL**
15 |     v.                                                                          |
16 | TOOTSIE ROLL INDUSTRIES, LLC, and DOES 1 through 10, inclusive,                | Complaint filed:  May 29, 2020
17 |                                                                                 | Complaint Served:  July 2, 2020
18 |     Defendants.                                                                 |

19
20
21
22
23
24
25
26
27
28

DECLARATION OF BARRY P. BOWEN IN SUPPORT OF NOTICE OF REMOVAL

I, Barry P. Bowen, declare and state as follows:

1. I am the Treasurer of defendant Tootsie Roll Industries, LLC ("Tootsie Roll LLC"). I have held this position with Tootsie Roll LLC since January 2006. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. Tootsie Roll LLC is a corporation incorporated under the laws of Illinois. Its headquarters are located in Chicago, Illinois.

3. Reviewing data and records that Tootsie Roll LLC maintains in the normal course of business, I have determined that the dollar amount of Tootsie Roll LLC's wholesale sales of Junior Mints in 3.5 oz. boxes and Sugar Babies in 6.0 oz. boxes to its customers in California was approximately $6.2 million for the period from May 2016 to May 2018.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 21, 2020, in Chicago, Illinois.

By: _____
Barry P. Bowen

---

1

DECLARATION OF BARRY P. BOWEN IN SUPPORT OF NOTICE OF REMOVAL