| | |
|---|---|
| 1 | DAVID M. JOLLEY, #191164 |
|   | djolley@donahue.com |
| 2 | DONAHUE FITZGERALD LLP |
|   | Attorneys at Law |
| 3 | 1999 Harrison Street, 26th Floor |
|   | Oakland, California  94612-3520 |
| 4 | |
|   | Telephone:    (510) 451-3300 |
| 5 | Facsimile:     (510) 451-1527 |
| 6 | Attorneys for Defendant |
|   | TOOTSIE ROLL INDUSTRIES, |
| 7 | LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated, | Case No.  3:20-cv-05204-SK |
| Plaintiff, | **DEFENDANT TOOTSIE ROLL INDUSTRIES, LLC'S OBJECTION TO IMPROPPER EVIDENCE AND ARGUMENT SUBMITTED BY PLAINTIFF AS "STATEMENT OF RECENT DECISION"** |
| v. | |
| TOOTSIE ROLL INDUSTRIES, LLC, and DOES 1 through 10, inclusive, | |
| Defendants. | Date:       May 24, 2021 |
| | Time:       9:30 a.m. |
| | Courtroom: C |
| | Judge:      Hon. Sallie Kim |
| | Complaint filed:  May 29, 2020 |

Pursuant to Northern District Civil Local Rule 7-3(d), defendant Tootsie Roll Industries, LLC objects to the "Statement of Recent Decision" submitted by plaintiff.

Civil Local Rule 7-3(d)(2) provides that in the event of a relevant newly published judicial opinion, a Statement of Recent Decision may be filed. The Statement of Recent Decision must provide a "citation" to the new authority and a copy "without argument." Plaintiff's Statement of Recent Decision however, includes argument and two pages of quotations from the authority brought to the Court's attention, much of which is simply quoting cases issued prior to the date of plaintiff's reply. Accordingly, Tootsie Roll objects and asks that the Court disregard all

- 2 -

supplemental argument submitted in her improper submission.

Dated: May 20, 2021                                    DONAHUE FITZGERALD LLP


By:/s/DAVID M. JOLLEY
   David M. Jolley
   Attorneys for Defendant
   TOOTSIE ROLL INDUSTRIES, LLC