UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MAISEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOOTSIE ROLL INDUSTRIES, LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-05204-SK<br><br>**ORDER DISMISSING CASE**<br><br>Regarding Docket No. 65 |

On April 29, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice. (Dkt. No. 65.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court HEREBY ORDERS that this matter is DISMISSED with prejudice.

**IT IS SO ORDERED**.

Dated: May 3, 2022

_____

SALLIE KIM
United States Magistrate Judge